UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON NOLIN, individually; TERRI EWING, individually,<br><br>Plaintiffs,<br><br>v.<br><br>PV HOLDING CORPORATION, a Massachusetts corporation; LINDSAY A. DOHERTY and "JOHN DOE" DOHERTY, wife and husband,<br><br>Defendants. | No.<br><br>COMPLAINT FOR INJURIES AND DAMAGES IN TORT |

The plaintiffs, by and through their attorney of record, Jeffrey Sadler, of SADLER INJURY LAW GROUP, LLP, alleges and complains as follows:

## I. PARTIES

1.1     Defendant PV HOLDING CORPORATION, a Massachusetts corporation, was at all times licensed to do and doing business in Massachusetts and/or Missouri. Defendant was the owner of the 2018 Chevrolet Malibu involved in the hereinafter-described collision. Defendant PV Holding Company entrusted Defendant Lindsay Doherty with use of the vehicle.

COMPLAINT– Page 1

**SADLER INJURY LAW GROUP LLP**
705 South 9th Street. Suite 305
Tacoma, Washington 98405
Phone: (253) 573-1700
Facsimile: (253) 573-2848

1.2     Defendants LINDSAY A. DOHERTY and "JOHN DOE" DOHERTY were, at all times, residents of Michigan and were husband and wife pursuant to the laws of Michigan. Defendant Doherty was the driver of the 2018 Chevrolet Malibu involved in the hereinafter-described incident.

1.3     At all times relevant hereto, Defendant Lindsay A. Doherty was an agent for PV Holding Corporation.

1.4     Plaintiff Jason Nolin was, at all times relevant hereto, a resident of Pierce County, Washington. Jason Nolin was a passenger in the 1999 Ford Club Wagon E350 passenger van involved in the hereinafter-described collision.

1.5     Plaintiff Terri Ewing was, at all times relevant hereto, a resident of Pierce County, Washington. Terri Ewing was a passenger in the 1999 Ford Club Wagon E350 passenger van involved in the hereinafter-described collision.

## II.  JURISDICTION AND VENUE

2.1     This court has jurisdiction over the subject matter and the parties involved herein pursuant to diversity jurisdiction as set forth in Title 28, Section 1332 of the United States Code (28 U.S.C. § 1332(a)), as the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship among the parties.

## III.  FACTS

3.1     On or about March 16, 2018, Plaintiffs Jason Nolin and Terri Ewing were passengers in the Ford E350 driving at the intersection of West 31st Street and Southwest Trafficway in Jackson County, Kansas City, Missouri.

3.2     Defendant Doherty was driving directly behind the vehicle in which the plaintiffs were passengers.

COMPLAINT– Page 2

SADLER INJURY LAW GROUP LLP
705 South 9th Street. Suite 305
Tacoma, Washington 98405
Phone: (253) 573-1700
Facsimile: (253) 573-2848

3.3     Defendant Doherty failed to stop her vehicle and collided with the rear end of the plaintiffs' vehicle.

3.4     Defendant caused injury to Plaintiff Jason Nolin and Terri Ewing.

## IV.  DAMAGES

4.1     As a direct and proximate result of the collision and because of the negligent acts and omissions on part of Defendants, Plaintiffs suffered bodily injury causing special and general damages.

4.2     As a direct and proximate result of the collision and because of the negligent acts and omissions of Defendants, Plaintiffs incurred medical expenses and other special expenses in an amount to be proven at the time of trial.

WHEREFORE, Plaintiffs pray for judgment against the defendants as follows:

1.     For medical expenses and future medical expenses incurred as a result of the collision caused by the negligence of the defendants;

2.     For general damages incurred as a result of the accident caused by the negligence of Defendants, in an amount to be proven at the time of trial;

3.     For special damages in an amount to be proven at the time of trial;

4.     For costs and disbursements herein to be expended; and

5.     For such other and further relief as the court deems just and equitable.

DATED this 4th day of March, 2021.

SADLER INJURY LAW GROUP, LLP

By: */s/Jeffrey Sadler*
Jeffrey Sadler, WSBA #27136
705 S 9th St, Ste 305, Tacoma, WA 98405
253.573.1700 | jeff@sadler-law.com
Attorney for Plaintiff

COMPLAINT– Page 3

**SADLER INJURY LAW GROUP LLP**
705 South 9th Street. Suite 305
Tacoma, Washington 98405
Phone: (253) 573-1700
Facsimile: (253) 573-2848