UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON NOLIN et al., | CASE NO. 3:21-cv-05158-DGE |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| PV HOLDING CORPORATION et al., | |
| Defendants. | |

On March 19, 2021, the Court entered an Order setting June 17, 2021 as the deadline for the filing of a combined Joint Status Report. (Dkt. No. 4.) On August 31, 2021, the Court directed notice to the parties to file a Joint Status Report and warned that failure to do so may result in dismissal. On October 12, 2021, the Court ordered Plaintiff to show cause why this action should not be dismissed pursuant to Local Civil Rule 11(c). (Dkt. No. 6.) The Court also warned the parties that this case may be dismissed without further notice to the parties, unless the parties filed the required Joint Status Report or otherwise showed good cause, in writing, before October 29, 2021. *Id*. To date,

ORDER OF DISMISSAL - 1

no Joint Status Report has been filed, and Plaintiff has failed to respond to the Court's show cause order. Accordingly, it is hereby

**ORDERED** that this action and all claims asserted herein are **DISMISSED without prejudice**.

DATED this 12th day of November 2021.

_____
David G. Estudillo
United States District Judge